

## Instructions

1. Adhere the shipping label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

2. Place the label such that it does not wrap around the edges of the package.

3. Photocopying or counterfeiting of US Postage is punishable by fine and imprisonment. 18 Section 501

4. Please use this shipping label on the ship date selected when you requested the label.

5. For information on pickup options, go to the USPS Pickup page at:

http://www.usps.com/pickup/welcome.htm

## Online Label Record

**USPS TRACKING #**
**9405 5092 0212 1629 5036 16**
Print Date:10/27/2022(GMT)  Ship Date:10/27/2022
Priority Mail Postage: $8.50  Delivery Date: 10/29/2022
Flat Rate Envelope: Yes
Electronic Option Delivery Confirmation Fee: NONE
Weight: 2 lbs 0 ozs

Total Amount: $8.50       Shipper Id: 2000236653
   From: Andres Ortiz
         Andres Ortiz Law
         4201 Long Beach Blvd, Ste 326
         Long Beach CA 90807-2021
   To:   C/O Office of the General Counsel
         U.S. Department of Homeland Security
         2707 Martin Luther King Jr Ave SE
         Washington DC 20528-1008

Shipping label technology provided by Pitney Bowes, Inc

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9405509202121629503616

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 6:45 am on October 31, 2022 in WASHINGTON, DC 20528.

Feedback

## Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20528
October 31, 2022, 6:45 am

See All Tracking History

Text & Email Updates                                                              ⌄

USPS Tracking Plus®                                                               ⌄

Product Information                                                               ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs